UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>GERARD D. GRANDOIT</u>,
      Plaintiff,

   v.        Civil Action No.  04-10343-RWZ

<u>BENJAMIN J. GILSON, et al.</u>
      Defendants.
_____

<u>GERARD D. GRANDOIT</u>,
      Plaintiff,

   v.        Civil Action No.  04-10347-RWZ

<u>COOPERATIVE FOR HUMAN SERVICES, et al.</u>,
      Defendants.
_____

<u>GERARD D. GRANDOIT</u>,
      Plaintiff,

   v.        Civil Action No.  04-10348-RWZ

<u>LIBERTY MUTUAL INSURANCE COMPANY, et al.</u>,
      Defendants.

ORDER ON APPLICATIONS TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court are plaintiff's applications to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The applications to proceed without prepayment of fees are:

☐  GRANTED.

☒  DENIED for the following reason(s):

  Plaintiff's applications indicate that he has sufficient funds to pay the $150.00 filing fee for each of these three actions.

☒   Plaintiff shall pay the $150.00 filing fee for each of these actions within 35 days of the date of this order or each of these three actions will be dismissed without prejudice.

G   The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

 4/14/04                                    s/ Rya W. Zobel
DATE                                        UNITED STATES DISTRICT JUDGE